## AVENT ET AL. *v.* NORTH CAROLINA.

No. 11.   Argued November 5, 7, 1962.—Decided May 20, 1963.

*Jack Greenberg* argued the cause for petitioners.   With him on the brief were *Constance Baker Motley, James M. Nabrit III, William A. Marsh, Jr., F. B. McKissick, C. O. Pearson, W. G. Pearson, M. Hugh Thompson, William T. Coleman, Jr., William R. Ming, Jr., Louis H. Pollak, Joseph L. Rauh* and *Herbert O. Reid.*

*Ralph Moody,* Assistant Attorney General of North Carolina, argued the cause for respondent.   With him on the brief was *T. W. Bruton,* Attorney General.

*Solicitor General Cox,* by special leave of Court, argued the cause for the United States, as *amicus curiae,* urging reversal.   With him on the brief were *Assistant Attorney General Marshall, Ralph S. Spritzer, Louis F. Claiborne, Harold H. Greene, Howard A. Glickstein* and *Richard K. Berg.*

PER CURIAM.

The judgment is vacated and the case is remanded to the Supreme Court of North Carolina for consideration in the light of *Peterson* v. *City of Greenville, ante,* p. 244. *Patterson* v. *Alabama,* 294 U. S. 600.

[For opinion of MR. JUSTICE HARLAN, see *ante,* p. 248.]